IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>DOROTHY WILLIAMS, )<br>)<br>Defendant. ) | No. 20 CR 577-17<br>Hon. Robert M. Dow, Jr. |

## NOTICE OF MOTION

**To**: AUSA Charles Mulaney U. S. Attorney's Office, 219 S. Dearborn Street, 5th Floor, Chicago, Illinois 60604.

**PLEASE TAKE NOTICE**, that on June 6, 2022 at 9:15 a.m., the undersigned shall appear before the Honorable Robert M. Dow, Jr. via telephone, by calling the telephone number and code provided by Chambers, located at the U.S. Court House, 219 S. Dearborn Street, Chicago, Illinois 60604 and then and there present the undersigned's Motion to Withdraw, a copy of which is attached and is hereby served upon you.

/s J. Clifford Greene, Jr.
Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a copy of the foregoing Notice and Motion to be served upon the person to whom it is addressed in accordance with the General Order on Electronic Case Filing (ECF) and the associated Federal Criminal Rules and Local Rules relating to same, before the hour of 5:00 p.m., on Tuesday, May 24, 2022.

/s J. Clifford Greene, Jr
Attorney for Defendant

May 24, 2022

**LAW OFFICE OF**
**J.Clifford Greene, Jr.**
**55 East Monroe Street**
**Suite 3800**
**Chicago, Illinois 60603**
**Tel:(312) 212-4412**
**email: jcliffordgreene@msn.com**