## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20 CR 577-6 |
| | ) | |
| SHAUNTRELL HARRIS, | ) | Hon. Robert M. Dow, Jr. |
| | ) | Judge Presiding |
| Defendant. | ) | |

**APPOINTED DEFENSE COUNSEL'S REQUEST TO WITHDRAW**

Counsel for the defendant, attorney Steven Greenberg, seeks leave to withdraw in this matter. In support, he states the following:

1. Attorney Greenberg was appointed as counsel for Mr. Harris when Mr. Harris was first arrested.

2. A fundamental difference of opinion exists between counsel and Mr. Harris that makes continued representation impossible. The differences have been discussed with Mr. Harris on multiple occasions, and they remain.

3. At this point counsel does not believe that he can continue to represent Mr. Harris, and accordingly counsel seeks to withdraw.

4. A copy of this Motion has been mailed to Mr. Harris at the Metropolitan Correctional Center.

WHEREFORE, counsel respectfully requests that he be allowed to withdraw.

                                                Respectfully submitted,
                                                Shauntrell Harris, Defendant

By:      */s/ Steve Greenberg*
            One of Defendant's Attorneys

**Steven A. Greenberg**
**Greenberg Trial Lawyers**
**53 W. Jackson, Suite 315**
**Chicago IL, 60604**
**312-879-9500**
**Steve@GreenbergCD.com**