UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF LLINOIS DALLAS DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | No. 20-cr-577-3 |
| v. | ) | Hon. Elaine Bucklo |
| | ) | |
| Johnnie GRANT | ) | |

**AGREED MOTION TO CONTINUE CHANGE OF PLEA HEARING FOR 60 DAYS**

NOW COMES the defendant, Johnnie GRANT, by and through his attorney, Michael J. Petro, and hereby requests this Honorable Court to grant this AGREED MOTION TO CONTINUE CHANGE OF PLEA HEARING FOR 60 DAYS. In support of this motion, GRANT states as follows:

1. GRANT is currently pending a Change of Plea Hearing on 03/17/2023.

2. Plea negotiations have NOT been finalized between the parties.

3. Plea negotiations have been fruitful. But, more work needs to be done.

4. The parties agree that time should be excluded until the next court date to continue plea discussion and in the interests of justice.

5. AUSA Prashant Kolluri agrees with this Motion.

WHEREFORE, the GRANT prays that this court grant this AGREED MOTION TO CONTINUE CHANGE OF PLEA HEARING FOR 60 DAYS

By His Attorney,

s/Michael J. Petro

Attorney for Johnnie GRANT
110 North 11th Street, Suite 202
Tampa, Florida 33602
attorney@mjpetro.com
312-913-1111

2

## CERTIFICATE OF SERVICE

I, MICHAEL J. PETRO, an attorney, state that I caused to be filed, by electronic filing (ECF), with the Clerk of the United States District Court for the Northern District of Illinois, the foregoing document on Tuesday, June 07, 2022.

By His Attorney,

s/Michael J. Petro

Attorney for Johnnie GRANT
110 North 11th Street, Suite 202
Tampa, Florida 33602
attorney@mjpetro.com
312-913-1111

3