IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | No. 20 CR 577-9 |
| vs. | Hon. Elaine E. Bucklo |
| | Mag. Maria Valdez |
| JUSTIN JOHNSON | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

TO: Counsel of Record, *via electronic mail*

PLEASE TAKE NOTICE that on Wednesday, July 26, 2023 at 10:15 a.m., we shall appear before the Honorable Elaine E. Bucklo in her courtroom in the Dirksen Federal Building, Chicago, Illinois, and present:

- *Unopposed Motion to Remove Home Incarceration Condition of Release*

## PROOF OF SERVICE

The undersigned attorney filed this notice and attached motion(s) on July 18, 2023, using the Illinois Electronic Filing System, and by the same vehicle, served one copy/copies thereof upon the Court and counsel of record.

/s/ *Keri Ann Ambrosio*,
Attorney for Mr. Johnson
53 W. Jackson Blvd., Ste. 920
Chicago, Illinois 60604
(312) 961-3261