## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20 CR 577-11 |
| | ) | Judge Robert M. Dow, Jr. |
| RIKITA MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S SUPPLEMENT TO SENTENCING MEMORANDUM

In advance of her sentencing hearing set for October 27, 2023, Defendant Rikita Mitchell supplements a previously made objection to the PSR. (Dkt. #693). Specifically, counsel objected to the assertion that she "is not involved in any programmatic activity" at the MCC. (Dkt. #693, p. 3, citing PSR, p. 5, ¶7). Counsel noted that Defendant was enrolled in a GED class and hoped to take the GED test prior to her sentencing hearing. (*Id*.). On today's date, October 25, 2023, Defendant informed undersigned counsel that she in fact took the GED test on October 14, 2023, and learned that she had passed the test on October 24, 2023. Defendant intends to present records related to this achievement at her sentencing hearing.

In addition to this accomplishment, Defendant informed counsel that she has either completed, or anticipates finishing in short order the following programs at the MCC:

- Creative Writing
- Academic Basics Skills
- Business Planning
- Marketing Yourself
- World Government
- Interview Process
- Job Openings
- Job Search
- Managing Credit Wisely
- Embracing Interfaith Cooperation

- Brain Health as You Age
- Arthritis Foundation Walk with Ease
- Faith-Based Conflict Management

Where available, counsel will present the certificates from these programs. At a minimum, Defendant's active involvement in programs at the MCC and the initiative she has shown in taking and passing the GED test further support Defendant's objection to removing from the PSR the line, "She is not involved in any programmatic activity."

Respectfully submitted,

/s/ Joshua G. Herman
**JOSHUA G. HERMAN**

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson, Blvd., Suite 404
Chicago, IL 60604
Tel: (312) 909-0434
jherman@joshhermanlaw.com

## CERTIFICATE OF SERVICE

      Joshua G. Herman, Attorney at Law, hereby certifies that the foregoing was served on October 25, 2023, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                                  /s/ Joshua G. Herman
                                                  **JOSHUA G. HERMAN**

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson, Blvd., Suite 404
Chicago, IL 60604
Tel: (312) 909-0434
jherman@joshhermanlaw.com